UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 06-60685-CIV-UNGARO-BENAGES

MARJORIE J. DUNPHY, on her own behalf
and others similarly situated,

     Plaintiff,

v.

ADVANCED PHYSICIAN BILLING, INC.,
a Florida corporation, JORGE E. PEREZ,
individually, RICARDO J. PEREZ, individually,
and MAYRA COSTA, individually,

     Defendants.

_____/

FILED by _____ D.C.
INTAKE

OCT 06 2006

CLARENCE MADDOX
CLERK U S DIST CT.
S.D. OF FLA. - MIAMI

## STIPULATION OF DISMISSAL OF COUNTERCLAIM, WITH PREJUDICE

Defendant, ADVANCED PHYSICIAN BILLING, INC., and Plaintiff, MARJORIE J.

DUNPHY, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure

41(a) and (c), hereby stipulate to Defendant's voluntary dismissal of its Counterclaim, with

prejudice.

Respectfully Submitted,

| | |
|---|---|
| Law Offices of<br>Brown & Associates, P.A.<br>600 S. Andrews Avenue<br>Suite 600<br>Fort Lauderdale, Florida 33301<br>(954) 764-6828; Fax: (954) 764-0287 | The Law Office of<br>DAVIS AND ROBINSON, P.A.<br>Post Office Box 100<br>(One East Broward Boulevard, Suite 700 – 33301)<br>Fort Lauderdale, Florida 33302<br>(954) 745-7630; Fax: (954) 745-7634 |
| By: _____<br>Christopher M. Brown<br>Florida Bar No.<br>law_brown@msn.com | By: _____<br>Carrie Stolzer Robinson<br>Florida Bar No. 0354030<br>csrobinsonlaw@comcast.net |
| Date: 9-6-2006 | Date: 10-4-2006 |

-1-