UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 06-60685-CIV-UNGARO-BENAGES

MARJORIE J. DUNPHY,
    Plaintiff,

vs.

ADVANCED PHYSICIAN BILLING, INC.,
et al.
    Defendants.
_____/



## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon a *sua sponte* review of the record.

THE COURT has reviewed the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises. On September 5, 2006, this Court entered an Order on Default Procedure directing the to Plaintiff to submit a motion for Entry of Clerk's Default for Defendant Mayra Costa by September 13, 2006. The Court cautioned that failure to comply would result in dismissal of Ms. Costa. It is hereby

ORDERED AND ADJUDGED that this cause is DISMISSED WITHOUT PREJUDICE as to Defendant Mayra Costa.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of ~~September~~ Oct., 2006.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record
Magistrate Judge O'Sullivan