UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 06-60685-CIV-UNGARO-BENAGES

MARJORIE J. DUNPHY,
    Plaintiff,

vs.

ADVANCED PHYSICIAN BILLING, INC.,
et al.
    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice, filed October 6, 2006 (DE 28).

THE COURT has considered the stipulation, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 2006.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record